# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MOSLEY, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-1665 |
| | : | |
| JOHN D. GREEN, *et al.*, | : | |
| *Defendants*. | : | |

## ORDER

AND NOW, this 2nd day of August, 2023, upon consideration of Plaintiff James Mosley's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Exhibits (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons in the Court's Memorandum as follows:

    a. All claims brought by Mosley on behalf of other individuals are **DISMISSED WITHOUT PREJUDICE**.

    b. All claims asserting violations of Mosley's own constitutional rights are **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**